**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD C. DORNIN, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 2:15-cv-02383-JAD-PAL |
| DEPUTY CHIEF HANK, *et al.* | ) **ORDER** |
|     Defendants. | ) |

**I.   DISCUSSION**

Based on the Court's review of the Clark County Detention Center ("CCDC") inmate information search, it appears that Plaintiff is no longer in custody at CCDC and no longer at the address listed with the Court. The Court notes that pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff must immediately file with the court written notification of any change of address. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2.  This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court.  If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action without prejudice.

If Plaintiff has been released from custody, in addition to updating his address, he shall file a non-prisoner *in forma pauperis* application within thirty (30) days from the date of this order or pay the full filing fee of $400.

///

///

///

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court within thirty (30) days from the date of this order.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court shall dismiss this case without prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

DATED: This __3rd__ day of June, 2016.

_____
United States Magistrate Judge