UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Donald C. Dornin,

    Plaintiff

v.

Deputy Chief Hank, *et al.*,

    Defendants

2:15-cv-02383-JAD-PAL

**Order Dismissing and Closing Case**

On June 3, 2016, Magistrate Judge Leen issued an order directing plaintiff Donald C. Dornin to file an updated address with the court because review of the Clark County Detention Center (CCDC) inmate information search indicated that Dornin was no longer in custody at the CCDC and thus no longer at the address listed with the court.[1] The magistrate judge ordered Dornin to file an updated address by July 3, 2016, and expressly warned Dornin that failure to update his address by this deadline would result in dismissal of this case without prejudice.[2]

Nevada Local Special Rule 2-2 provides that a plaintiff "must immediately file with the court written notification of any change of address" and that "failure to comply with this rule may result in dismissal of the action with prejudice."[3] The July 3, 2016, deadline has passed, and Dornin has not updated his address or requested an extension to do so. Accordingly,

IT IS HEREBY ORDERED that **this action is dismissed without prejudice, and the Clerk of Court is instructed to CLOSE THIS CASE.**

Dated this 19th day of June, 2016.

                                _____
                                Jennifer A. Dorsey
                                United States District Judge

---

[1] ECF No. 2.

[2] *Id.* at 2.

[3] LSR 2-2.